Date: 05/04/11

Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2006 Dated 05/04/11

Case Number 08-35740 - PAGE, LYNNE SULLIVAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Stillwater Medical Group<br>1500 Curve Crest Blvd<br>Stillwater MN 55082<br>62482 | 000001 | 221.52 | 1.22 |
| CHASE BANK<br>CREDITORS BANKRUPTCY SERVICE<br>BOX 740933<br>DALLAS TX 75374<br>9282 | 000003 | 548.50 | 3.03 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB DISCOVER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>5996 | 000004 | 413.42 | 2.28 |
| ---------- Remittance Total ---------- | | 1,183.44 | 6.53 |

*MICHAEL J. IANNACONE, Trustee*

COURT1

Printed: 05/04/11 11:17 AM   Ver: 16.02b